■ In the Matter of DWAYNE RILEY, Petitioner, v CYRUS R. VANCE et al., Respondents. [39 NYS3d 759]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Tom, J.P., Mazzarelli, Richter, Manzanet-Daniels and Webber, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACOB LOPEZ, Appellant. [39 NYS3d 760]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered October 10, 2014, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him to a term of four years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the prison term to three years, and otherwise affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility and identification, including its evaluation of alleged discrepancies between an officer's description of defendant and his actual appearance.

We find the sentence excessive to the extent indicated. Concur—Acosta, J.P., Renwick, Saxe, Feinman and Kahn, JJ.